Maria Glandt, appellant, v. Charles Glandt, appellee.  Gen. No. 7,854.

Bill for divorce.  Dismissed for want of equity.  Appeal from the Circuit Court of Champaign county; the Hon. Franklin H. Boggs, Judge, presiding.  Heard in this court at the April term, 1925.  Reversed and remanded.  Opinion filed June 27, 1925.

Louis A. Busch and Earl C. Harrington, for appellant.  A. E. Campbell, for appellee.

Mr. Justice Crow delivered the opinion of the court.

---

Vina Bradford, appellee, v. C. E. Corpe, appellant.  Gen. No. 7,860.

Action upon judgment note.  Judgment for plaintiff.  Appeal from the Circuit Court of McLean county; the Hon. Edward Barry, Judge, presiding.  Heard in this court at the April term, 1925.  Affirmed.  Opinion filed June 27, 1925.  Rehearing denied October 13, 1925.  *Certiorari* denied by Supreme Court (making opinion final).

W. W. Whitmore, A. M. Hester and Stella E. Whitmore, for appellant.  Hall, Martin, Hoose & DePew, for appellee.

Mr. Justice Crow delivered the opinion of the court.

---

L. S. Lacy, for use of J. W. Cruttenden, appellee, v. Fidelity-Phenix Fire Insurance Company of New York, appellant.  Gen. No. 7,867.

Assumpsit upon policy of fire insurance.  Judgment for plaintiff.  Appeal from the Circuit Court of Pike county; the Hon. Harry Higbee, Judge, presiding.  Heard in this court at the April term, 1925.  Reversed and remanded.  Opinion filed June 27, 1925.

L. T. Graham and Bates, Hicks & Folonie, for appellant.  Williams & Williams, for appellee.

Mr. Justice Crow delivered the opinion of the court.

---

Marie Bamie, appellee, v. George Milauckas, appellant.  Gen. No. 7,869.

Action for assault and battery.  Judgment for plaintiff by default.  Appeal from the Circuit Court of Sangamon county; the Hon. Elbert S. Smith, Judge, presiding.  Heard in this court at the April term, 1925.  Affirmed conditionally.  Opinion filed June 27, 1925.  *Certiorari* denied by Supreme Court (making the opinion final).

Sherman, Bainum & Pree, for appellant.  John G. Friedmeyer and Wm. J. Lawler, for appellee.

Mr. Justice Crow delivered the opinion of the court.

---

The Town of Newburg, Pike County, Illinois, appellee, v. Alva R. Foreman and A. Claude Foreman, appellants.  Gen. No. 7,824.

Proceedings to procure assessment of damages for digging drainage ditch across plaintiff's lands.  Judgment fixing value.  Appeal from the Circuit Court of Pike county; the Hon. Harry Higbee, Judge, presiding.  Heard in this court at the October term, 1924.  Reversed and remanded with directions.  Opinion filed June 27, 1925.  Rehearing denied October 13, 1925.

Capps & Weaver, for appellants.  Williams & Williams and Edwin Johnston, for appellee.

Mr. Justice Shurtleff delivered the opinion of the court.